L. Paul Mankin, IV (SBN 264038)
Erin Rounds (SBN 314457)
**THE LAW OFFICE OF PAUL MANKIN**
4655 Cass Street, Suite 410
San Diego, CA 92109
800-219-3577
Fax: 323-207-3885

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLLEEN LETULIGASENOA, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**ACE CASH EXPRESS, INC., and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No. **3:17-cv-03859-JCS**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

**NOTICE OF SETTLEMENT**
-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted this 15th day of August 2017.

By: <u>/s/Erin Rounds</u>
Erin Rounds
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

---

**NOTICE OF SETTLEMENT**
-2-

Filed electronically on this 15th day of August 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Joseph C. Spero
United States District Court
Northern District of California

Donald E. Bradley
Musick Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Attorney for Defendant


This 15th day of August 2017

/s/Erin Rounds
Erin Rounds

**NOTICE OF SETTLEMENT**
-3-