**Paul Mankin, Esq. (264038)**
**Erin Rounds (SBN 314457)**
**Law Offices of Paul Mankin, IV**
**4655 Cass St. Suite 112**
**San Diego, CA 92109**
**Phone: 619-312-6385**
**Fax: 866 633-0228**
pmankin@paulmankin.com
erounds@paulmankin.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN LETULIGASENOA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ACE CASH EXPRESS, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No: 3:17-cv-03859-JCS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

**TO THIS HONORABLE COURT:**

Plaintiff Colleen Letuligasenoa and Defendant Ace Cash Express, Inc., stipulate to the dismissal of this matter, on the merits, with prejudice, all parties to bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 3rd Day October, 2017

By: /s/Erin Rounds
**Law Offices of Paul Mankin, IV**
Attorney for Plaintiff

Stipulation to Dismiss- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/Donald Bradley_____
   Donald Bradley, Esq.
   **Musick, Peeler & Garrett LLP**
   Attorney for Defendant

## **FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Erin Rounds hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*s/Erin Rounds*
Erin Rounds

**Filed electronically on this 3rd day October, 2017 with:**

**United States District Court CM/ECF system**

**Notification sent electronically via the Court's ECF system to:**

**The Honorable Joseph C. Spero**
**California District Court**
**Northern District of California**

**Donald E. Bradley, Esq.**
**Musick, Peeler & Garrett LLP**
**650 Town Center Drive Suite 1200**
**Costa Mesa, CA 92626**
**Attorney for all Defendants**

**This 3rd day of October, 2017**

**/s/Erin Rounds**
**Erin Rounds**