# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN LETULIGASENOA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ACE CASH EXPRESS, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No: 3:17-cv-03859-JCS<br><br>[~~PROPOSED~~ ORDER]<br>STIPULATION TO DISMISS WITH PREJUDICE |

IT IS HEREBY ORDERED that pursuant to the Parties' stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

Dated this __4th__ day of October, 2017



_____
UNITED STATES MAGISTRATE JUDGE
Chief Magistrate

Order to Dismiss - 1